UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FORTIS CORPORATE INSURANCE a/s/o
ARCELOR INTERNATIONAL AMERICA LLC,   09 Civ. 1060 (LTS)

                Plaintiff,

-against-

M/V LEROS, her engines, boilers, etc., WESTERN
BULK SHIPPING ASA, WESTERN BULK
CARRIERS HOLDING ASA, WESTERN BULK
CARRIERS AS, and IKARUS MARINE LTD.,

                Defendants.
------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL

**THE PARTIES STIPULATE** that the above captioned matter is hereby dismissed with prejudice against all parties pursuant to Federal Civil Procedure Rule 41(a)(1)(A)(ii).

Dated: New York, New York
        September 29, 2009

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY
Attorneys for Plaintiff

By: _____
Nathaniel L. Eichler (NE-0715)
Lawrence C. Glynn (LG-6431)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
(212) 220-3830
NH&S No.: 65000802/803LCG

MAHONEY & KEANE LLP
Attorneys for Western Bulk Shipping
ASA, Western Bulk Carriers Holding
ASA, Western Bulk Carriers AS

By: _____
Garth S. Wolfson
11 Hanover Square, 10th Floor
New York, New York 10005
(212) 385-1422
File No: 19/3836/B/09/3